## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Jaclyn E. Hickman
Liskow & Lewis
701 Poydras Street, Ste 5000
New Orleans LA 70139-5099

Kelly B. Becker
Liskow & Lewis
701 Poydras St., Suite 5000
New Orleans LA 70139-5099

Katherine Seegers Roth
Liskow & Lewis
701 Poydras St., Suite 5000
New Orleans LA 70139-5099

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 13, 2019

## REHEARING ACTION: February 13, 2019

**Docket Number: 18   00337-CA**

**ACADIAN GAS PIPELINE SYSTEM**
**VERSUS**
**OLIVER LIECHT MCMICKENS, ET AL.**

**Appealed from Rapides Parish Case No. 257,060**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell**
**Hon. Phyllis M. Keaty**
**Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing and/or rehearing en banc filed by **Acadian Gas Pipeline System** has this day been

**DENIED.**

cc: Harry Brenner Sadler, Counsel for the Appellee